## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  AMY GUSTAFSON, | |
| Plaintiff, | |
| v. | Case No. _____CIV-20-1136-R_____ |
| (1)  ALLSTATE VEHICLE AND PROPERTY<br>INSURANCE COMPANY, an Illinois<br>Corporation, | Removed From<br>District Court of Oklahoma County<br>Case No. CJ-2020-2227 |
| Defendant. | |

## <u>NOTICE OF REMOVAL</u>

Defendant, Allstate Vehicle and Property Insurance Company ("Defendant"), submits its Notice of Removal of the above-styled action to the United States District Court for the Western District of Oklahoma.  This action is now pending in the District Court of Oklahoma County, Oklahoma, as above-captioned, and docketed as CJ-2020-2227.  This action is removed to federal court under diversity of citizenship jurisdiction. Removal is timely as Defendant received service of process on October 13, 2020.

Copies of all of the pleadings and process filed in this action to-date are attached as Exhibits 1-6.  A copy of the Docket Sheet from the State court action is also attached as Exhibit 7.

### <u>The Standard For Removal To Federal Court Under 28 U.S.C. § 1332.</u>

The United States Supreme Court held in *Dart Cherokee Basin Op. Co., LLC v. Owens*, 135 S.Ct. 547, 553-54 (2014) that a notice of removal is governed by the general "notice pleading" standard under Fed.R.Civ.P. 8(a) and evidentiary submissions supporting

removal are not required.  In sum, courts should "apply the same liberal rules [to removal allegations] that are applied to other matters of pleading."  (*Id.* p. 553) (addition in original).  *See also*, *Lundahl v. Am. Bankers Ins. Co. of Florida*, 610 Fed.Appx. 734, 736 (10th Cir. 2015) (applying *Dart* and holding notice of removal effective because defendant alleged diversity of citizenship and jurisdictional amount exceeding $75,000).  Here, removal from state court is proper as subject matter jurisdiction exists under the diversity statute, 28 U.S.C. § 1332.

## I.    Diversity of Citizenship Exists.

The parties are of diverse citizenship.  Plaintiff is a citizen of the State of Oklahoma.  Defendant is an Illinois corporation with its principal place of business in Illinois.

## II.    The Federal Jurisdictional Amount Is In Controversy.

The requisite amount in controversy, exclusive of interest and costs, is in excess of $75,000.  The allegations in Plaintiff's Petition demonstrate that the amount in controversy exceeds $75,000.00 exclusive of interest and costs.  According to Plaintiff's Prayer for Relief, "[t]he amount sought as damages is greater than the amount required for diversity jurisdiction…." (Ex. 1, p.3).

## CONCLUSION

The parties to this action are of diverse citizenship and the requisite amount is in controversy.  Therefore, the United States District Court for the Western District of Oklahoma has original jurisdiction of this matter under the diversity statute, and Defendant is entitled to have this action removed to federal court.

Respectfully submitted,

s/RONALD L. WALKER

RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
Tomlinson · McKinstry P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:  877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of November 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

Jim Buxton, OBA #19057
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK 73106
Telephone: (405) 604-5577
Facsimile: (405) 604-5578
jim@buxtonlawgroup.com

*Attorneys for Plaintiff*

　s/ RONALD L. WALKER