FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT - 1 2020

RICK WARREN
COURT CLERK
36_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2020-2227 |
| ) | |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Simone Fulmer, Harrison C. Lujan, Jacob L. Rowe and Andrea R. Rust, of the Fulmer Sill, PLLC, and hereby enters their appearance as counsel of record for Plaintiff Amy Gustafson.

Dated this 1st day of October, 2020.

Respectfully submitted,

_____
Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone: (405) 510-0077
Fax: (800) 978-1345
Email: sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

**ATTORNEYS FOR PLAINTIFF**

**EXHIBIT 2**