

IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 1 9 2020

RICK WARREN
COURT CLERK

34_____

| | |
|---|---|
| AMY GUSTAFSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2020-2227 |
| ) | |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### RETURN OF SERVICE BY MAIL

    I certify that I mailed a copy of the foregoing Summons with a file-stamped copy of the Petition to Defendant, Allstate Vehicle and Property Insurance Company at the address shown by certified mail, return receipt requested, on the 2nd day of October, 2020, and receipt thereof on, the date shown:

| **Defendant** | **Address Where Served** | **Date Received** |
|---|---|---|
| Allstate Vehicle and Property Insurance Company c/o John D. Doak, Ins. Commissioner | 5 Corp. Plaza 3625 NW 56th Street, Suite 100 Oklahoma City, OK 73112 | October 13, 2020 |

Shelley A. Hicks

EXHIBIT 3

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-2020-2227 |
| | ) |
| ALLSTATE VEHICLE AND PROPERTY | ) |
| INSURANCEC COMPANY, | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   Allstate Vehicle and Property Insurance Company
c/o John D. Doak, Insurance Commissioner
5 Corp. Plaza
3625 NW 56th Street, Ste 100
Oklahoma City, OK 73112

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 1st day of October, 2020.

Rick Warren, Oklahoma County Court Clerk

By: _____

Attorneys for Plaintiff:
Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
FULMER SILL PLLC
1101 N. Broadway Ave. Suite 102
Oklahoma City, OK 73103
Telephone:   (405) 510-0077
Fax:   (800) 978-1345

This summons was served on October 13, 2020.

See attached green card for proof of service
Signature of Person Serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

# FULMER SILL

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Perry Kelly_ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*     C. Date of Delivery |
| 1. Article Addressed to:<br>Allstate Vehicle and Property Insurance Co<br>c/o John D. Doak, Insurance Commissioner<br>5 Corp. Plaza<br>3625 NW 56th Street, Ste 100<br>Oklahoma City, OK 73112<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6142 0209 3469 80 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:     ☐ No<br><br><br><br>3. Service Type<br>☐ Adult Signature                                     ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☐ Certified Mail®                                     ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery       ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation™<br>☐ Insured Mail                                         ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail Restricted Delivery<br>    (over $500) |
| 2. Article Number *(Transfer from service label)*<br>7020 0090 0000 1851 0313 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |