

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
OCT 22 2020
RICK WARREN
COURT CLERK
102 _____

| | |
|---|---|
| AMY GUSTAFSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CJ-2020-2227 |
| ) | Honorable Judge Andrews |
| ALLSTATE VEHICLE AND ) | |
| PROPERTY INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Jim Buxton of Buxton Law Group, and hereby enters his appearance in the above-styled matter as co-counsel of record for Plaintiff, Amy Gustafson.

Respectfully submitted,

_/s/ Jim Buxton_____
Jim Buxton, OBA #19057
BUXTON LAW GROUP
1923 N. Classen Blvd.
Oklahoma City, OK 73106
(405) 604-5577 – Telephone
(405) 604-5578 – Facsimile
jim@buxtonlawgroup.com
*Attorney for Plaintiff*

1

EXHIBIT 4