

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV - 3 2020

RICK WARREN
COURT CLERK
00____  _____

IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLSTATE VEHICLE AND PROPERTY )<br>INSURANCE COMPANY )<br>)<br>Defendant. )<br>_____ ) | Case No: CJ-2020-2227<br><br>Judge Don Andrews |

### SPECIAL APPEARANCE RESERVING
### ADDITIONAL TIME TO FURTHER PLEAD OR ANSWER

**COMES NOW** Defendant, Allstate Vehicle and Property Insurance Company, by and through its counsel, SMILING, SMILING & BURGESS, and pursuant to Okla. Stat. tit. 12, § 2012, and *Campbell v. American International Group, Inc.*, 976 P.2d 1102, 1999 OK CIV APP 37, hereby enters its appearance specially and reserves an additional twenty (20) days to further plead or answer in this matter.  By entering this special appearance, Defendant does not waive any defenses or objections, and, in fact, it expressly reserves the right to assert any and all defenses allowed by Okla. Stat. tit. 12, § 2012, and other Oklahoma law, including, but not limited to, the defenses of lack of personal jurisdiction, failure to state a claim upon which relief can be granted, improper venue, insufficiency of process, insufficiency of service of process, lack of capacity, and/or failure to join a proper party.

**EXHIBIT 6**

Respectfully Submitted,

**SMILING, SMILING & BURGESS**

By _____
**A. MARK SMILING, OBA# 10682**
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
(918) 477-7500
(918) 477-7510 *facsimile*
slf@smilinglaw.com
**Attorney for Defendant**

## CERTIFICATE OF MAILING

I hereby certify that on the ___26th___ day of ___Oct___, 2020, the above and foregoing instrument was mailed, with proper postage thereon fully prepaid, to:

Zachary K. Housel, OBA# 32802
North Robinson Ave, 21st Floor
Oklahoma City, OK 73102
(Attorney for Plaintiff)

_____

AMS/dmg
44.5521

2