The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY,</u> OKLAHOMA

| | |
|---|---|
| Amy Gustafson,<br>     Plaintiff,<br>v.<br>Allstate Vehicle And Property Insurance Company,<br>     Defendant. | **No. CJ-2020-2227**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 05/14/2020<br><br><br>Judge: Andrews, Don |

## PARTIES

Allstate Vehicle And Property Insurance Company, Defendant
Gustafson,  Amy, Plaintiff

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| Housel,  Zachary  K (Bar #32802)<br>204 NORTH ROBINSON AVENUE, 21ST FLOOR<br>OKLAHOMA CITY, OK 73102 | Gustafson,   Amy |
| Smiling,  A  Mark (Bar #10682)<br>9175 SOUTH YALE AVENUE<br>TULSA, OK 74137 | Allstate Vehicle And Property Insurance Company, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**EXHIBIT 7**

**Issue # 1.**   Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: Gustafson, Amy
Filed Date: 05/14/2020

| Party Name | Disposition Information |
| --- | --- |
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
| --- | --- | --- | --- | --- | --- |
| 05-14-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 05-14-2020 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 05-14-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 05-14-2020 | PFE1 | PETITION | | | $ 163.00 |
| 05-14-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 05-14-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 05-14-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 05-14-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 05-14-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 05-14-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 05-14-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 05-14-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 05-14-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 05-14-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 05-14-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 05-14-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 05-14-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 05-14-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 05-14-2020 | P | PETITION<br>Document Available (#1046576594) 📄TIFF     📄PDF | | | |
| 05-14-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE ANDREWS, DON TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-14-2020 | ACCOUNT | RECEIPT # 2020-4808866 ON 05/14/2020.<br>PAYOR: MARK "ADAM" ENGEL TOTAL AMOUNT PAID: $ 242.14.<br>LINE ITEMS:<br>CJ-2020-2227: $163.00 ON AC01 CLERK FEES.<br>CJ-2020-2227: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2020-2227: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2020-2227: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2020-2227: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2020-2227: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2020-2227: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2020-2227: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2020-2227: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2020-2227: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2020-2227: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2020-2227: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 10-01-2020 | SMF | SUMMONS FEE | | | $ 10.00 |
| 10-01-2020 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1047591832) TIFF PDF | | | |
| 10-01-2020 | ACCOUNT | RECEIPT # 2020-4880621 ON 10/01/2020.<br>PAYOR: FULMER GROUP PLLC TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2020-2227: $10.00 ON AC01 CLERK FEES. | | | |
| 10-19-2020 | RET | RETURN OF SERVICE BY MAIL 10/13/20 TO ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY BY CERT MAIL<br>Document Available (#1047705498) TIFF PDF | | | |
| 10-22-2020 | EAA | ENTRY OF APPEARANCE BY ATTORNEY JIM BUXTON FOR PLAINTIFF AMY GUSTAFSON<br>Document Available (#1047705806) TIFF PDF | | | |
| 11-02-2020 | A | ANSWER<br>Document Available (#1048014953) TIFF PDF | | | |
| 11-03-2020 | SPAPP | SPECIAL APPEARANCE AND RESERVING ADDITIONAL TIME TO FURTHER PLEAD OR ANSWER<br>Document Available (#1048100745) TIFF PDF | | | |