## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Defendant. | Case No. CIV-20-1136-R |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

1.　　Please enter my appearance as counsel in this case for the Defendant, Allstate Vehicle and Property Insurance Company.

2.　　I certify that I am admitted to practice in this Court.

3.　　I am registered in this Court's Electronic Case Filing System.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 s/ RONALD L. WALKER
　　　　　　　　　　　　　　　　　RONALD L. WALKER, OBA #9295
　　　　　　　　　　　　　　　　　TOMLINSON · MCKINSTRY P.C.
　　　　　　　　　　　　　　　　　Two Leadership Square, Suite 450
　　　　　　　　　　　　　　　　　211 N. Robinson Ave.
　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　　　　405/606-3370
　　　　　　　　　　　　　　　　　877/917-1559 (FAX)
　　　　　　　　　　　　　　　　　ronw@tmoklaw.com
　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of November 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiff*

This is to certify that on the 10th day of November 2020, I sent the above and foregoing, via certified mail, return receipt requested, to the following:

| | |
|---|---|
| Simone Fulmer, OBA #17037 | Jim Buxton, OBA #19057 |
| Harrison C. Lujan, OBA #30154 | Buxton Law Group |
| Jacob L. Rowe, OBA #21797 | 1923 N. Classen Blvd. |
| Andrea R. Rust, OBA #30422 | Oklahoma City, OK 73106 |
| FULMER SILL PLLC | Telephone: (405) 604-5577 |
| 1101 N. Broadway Ave., Suite 102 | Facsimile: (405) 604-5578 |
| Oklahoma City, OK 73103 | jim@buxtonlawgroup.com |
| Telephone: (405) 510-0077 | |
| Facsimile: (800) 978-1345 | |
| sfulmer@fulmersill.com | |
| hlujan@fulmersill.com | |
| jrowe@fulmersill.com | |
| arust@fulmersill.com | |
| *Attorneys for Plaintiffs* | |

    s/ RONALD L. WALKER