IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Defendant. | Case No. CIV-20-1136-R |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

1.　　Please enter my appearance as counsel in this case for the Defendant, Allstate Vehicle and Property Insurance Company.

2.　　I certify that I am admitted to practice in this Court.

3.　　I am registered in this Court's Electronic Case Filing System.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　  s/ JERRY D. NOBLIN, JR.
　　　　　　　　　　　　　　　JERRY D. NOBLIN, JR., OBA #20296
　　　　　　　　　　　　　　　TOMLINSON · MCKINSTRY P.C.
　　　　　　　　　　　　　　　Two Leadership Square, Suite 450
　　　　　　　　　　　　　　　211 N. Robinson Ave.
　　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　　405/606-3359
　　　　　　　　　　　　　　　877/917-1559 (FAX)
　　　　　　　　　　　　　　　jerryn@tmoklaw.com
　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of November 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiff*

This is to certify that on the 10th day of November 2020, I sent the above and foregoing, via certified mail, return receipt requested, to the following:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiffs*

Jim Buxton, OBA #19057
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK 73106
Telephone: (405) 604-5577
Facsimile: (405) 604-5578
jim@buxtonlawgroup.com

    s/ JERRY D. NOBLIN, JR.