# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Defendant. | Case No. CIV-20-1136-R |

## NOTICE OF FILING NOTICE OF REMOVAL

To:　Zachary K. Housel, OBA #32802　　　　Jim Buxton, OBA #19057
　　　MANSELL, ENGEL & COLE　　　　　　　Buxton Law Group
　　　204 N. Robinson Ave, 21st Floor　　　　　1923 N. Classen Blvd.
　　　Oklahoma City, OK 73102　　　　　　　Oklahoma City, OK 73106
　　　Telephone: (405) 232-4100　　　　　　　Telephone: (405) 604-5577
　　　Facsimile: (405) 232-4140　　　　　　　Facsimile: (405) 604-5578
　　　zhousel@meclaw.net　　　　　　　　　　jim@buxtonlawgroup.com

　　　Simone Fulmer, OBA #17037
　　　Harrison C. Lujan, OBA #30154
　　　Jacob L. Rowe, OBA #21797
　　　Andrea R. Rust, OBA #30422
　　　FULMER SILL PLLC
　　　1101 N. Broadway Ave., Suite 102
　　　Oklahoma City, OK 73103
　　　Telephone: (405) 510-0077
　　　Facsimile: (800) 978-1345
　　　sfulmer@fulmersill.com
　　　hlujan@fulmersill.com
　　　jrowe@fulmersill.com
　　　arust@fulmersill.com

　　　*Attorneys for Plaintiff*

You are hereby notified that Defendant, Allstate Vehicle and Property Insurance Company, on the 10th day of November, 2020, has filed in the above Court a Notice of

Removal of the above-styled case, pending in the District Court of Oklahoma County, Oklahoma, and docketed therein as No. CJ-2020-2227, from the state district court to the United States District Court for the Western District of Oklahoma; and will file a copy of this Notice of Removal with the Clerk of said District Court.  A copy of the Notice of Removal is provided to you.

                                              Respectfully submitted,

                                                s/ RONALD L. WALKER
                                              RONALD L. WALKER, OBA #9295
                                              JERRY D. NOBLIN, JR., OBA #20296
                                              TOMLINSON · MCKINSTRY P.C.
                                              Two Leadership Square, Suite 450
                                              211 N. Robinson Ave.
                                              Oklahoma City, OK 73102
                                              405/606-3370
                                              877/917-1559 (FAX)
                                              ronw@tmoklaw.com
                                              jerryn@tmoklaw.com
                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of November 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiff*

This is to certify that on the 10th day of November 2020, I sent the above and foregoing, via certified mail, return receipt requested, to the following:

| | |
|---|---|
| Simone Fulmer, OBA #17037 | Jim Buxton, OBA #19057 |
| Harrison C. Lujan, OBA #30154 | Buxton Law Group |
| Jacob L. Rowe, OBA #21797 | 1923 N. Classen Blvd. |
| Andrea R. Rust, OBA #30422 | Oklahoma City, OK 73106 |
| FULMER SILL PLLC | Telephone: (405) 604-5577 |
| 1101 N. Broadway Ave., Suite 102 | Facsimile: (405) 604-5578 |
| Oklahoma City, OK 73103 | jim@buxtonlawgroup.com |
| Telephone: (405) 510-0077 | |
| Facsimile: (800) 978-1345 | |
| sfulmer@fulmersill.com | |
| hlujan@fulmersill.com | |
| jrowe@fulmersill.com | |
| arust@fulmersill.com | |
| *Attorneys for Plaintiffs* | |

    s/ RONALD L. WALKER