# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

AMY GUSTAFSON,

        Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, an Illinois
Corporation,

        Defendant.

Case No. CIV-20-1136-R

## NOTICE OF PENDING MOTIONS

Defendant, Allstate Vehicle and Property Insurance Company, hereby states that, at the time of the filing of its Notice of Removal, there were no motions pending in the state court action.

Respectfully submitted,

  s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR., OBA #20296
TOMLINSON · MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK 73102
405/606-3370
877/917-1559 (FAX)
ronw@tmoklaw.com
jerryn@tmoklaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of November 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiff*

This is to certify that on the 10th day of November 2020, I sent the above and foregoing, via certified mail, return receipt requested, to the following:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiffs*

Jim Buxton, OBA #19057
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK 73106
Telephone: (405) 604-5577
Facsimile: (405) 604-5578
jim@buxtonlawgroup.com

    s/ RONALD L. WALKER

2