## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMY GUSTAFSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-1136-R |
| | ) | |
| ALLSTATE VEHICLE AND PROPERTY | ) | |
| INSURANCEC COMPANY, an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Amy Gustafson.  I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Dated this 16th day of November, 2020.

Respectfully submitted,

/s/Jacob L. Rowe
Jacob L. Rowe, OBA #21797
FULMER SILL PLLC
1101 N. Broadway Ave., Ste 102
Oklahoma City, OK  73103
Phone: (405) 510-0077
Fax:   (800) 978-1345
jrowe@fulmersill.com
**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of November, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald L. Walker
Jerry D. Noblin, Jr.
TOMLINSON McKINSTRY P.C.
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK  73102
ronw@tmoklaw.com
jerryn@tmoklaw.com


Jim Buxton
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK  73106
jim@buxtonlawgroup.com

/s/Jacob L. Rowe _____

2