# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLSTATE VEHICLE AND PROPERTY )<br>INSURANCEC COMPANY, an Illinois )<br>Corporation, )<br>)<br>Defendant. ) | Case No. CIV-20-1136-R |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Amy Gustafson. I certify that I am admitted to practice in this Court and am registered in this Court's Electronic Case Filing System.

Dated this 16th day of November, 2020.

                                                 Respectfully submitted,

                                                 /s/Simone Fulmer
                                                 Simone Fulmer, OBA #17037
                                                 FULMER SILL PLLC
                                                 1101 N. Broadway Ave., Ste 102
                                                 Oklahoma City, OK  73103
                                                 Phone: (405) 510-0077
                                                 Fax:   (800) 978-1345
                                                 sfulmer@fulmersill.com
                                                 **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 I hereby certify that on this 16th day of November, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald L. Walker
Jerry D. Noblin, Jr.
TOMLINSON McKINSTRY P.C.
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK  73102
ronw@tmoklaw.com
jerryn@tmoklaw.com


Jim Buxton
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK  73106
jim@buxtonlawgroup.com


        /s/Simone Fulmer