IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, | |
| Plaintiff, | |
| v. | Case No. CIV-20-1136-R |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation, | |
| Defendant. | |

## CERTIFICATE OF REMOVAL

This will certify that a copy of the Notice of Removal of Defendant, Allstate Vehicle and Property Insurance Company, was filed with the Court Clerk of the District Court of Oklahoma County, State of Oklahoma, in Case Number CJ-2020-2227.

DATED this 13 day of November 2020.

RICK WARREN, Court Clerk
Oklahoma County

By:



Deputy