IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N.W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA

STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL

## WEDNESDAY JANUARY 6, 2021

**NOTICE TO ALL COUNSEL**: The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later WEDNESDAY DECEMBER 30, 2020.**

**NOTICE TO ALL COUNSEL**: The Status/Scheduling Conference will be conducted via conference call. To participate in the conference call, dial **888-684-8852**. When prompted, enter the access code **1763316**.

9:00 a.m.
CIV-12-129-R        Cantu Services, Inc.                    Bryan King
                                                            Greg Castro
                                                            Kevin Donelson
                                                            Taylor Weder

                    Vs.

                    James Kevan Worley, et al.,             Anthony Hendricks
                                                            Jennifer Lamirand
                                                            William Hoch


9:15 a.m.
CIV-20-1121-R       Del City Join Venture, LLV              Cooper Hahn
                                                            David Box
                                                            Mason Schwartz

                    Vs.

                    City of Del City                        Charles Schreck
                                                            Randall Wood

<u>9:30 a.m.</u>
CIV-20-1136-R           Amy Gustafson                    Andrea Rust
                                                         Harrison Lujan
                                                         Jacob Rowe
                                                         James Buxton
                                                         Simone Gosnell Fulmer
                                                         Zachary Housel

                        Vs.

                        Allstate Vehicle and Property
                        Company                          Jerry Noblin
                                                         Ronald Walker