IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>      Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>      Defendant. | Case No. CIV-20-1136-R |

## NOTICE OF SUBPOENAS DUCES TECUM

Please take notice that the Defendant, Allstate Vehicle and Property Insurance Company, will issue a Subpoena Duces Tecum, attached hereto as Exhibit 1, on December 23, 2020.

              Respectfully submitted,

               s/*Ronald L. Walker*
              RONALD L. WALKER, OBA #9295
              JERRY D. NOBLIN, JR. OBA #20296
              TOMLINSON · MCKINSTRY P.C.
              Two Leadership Square, Suite 450
              211 North Robinson Ave.
              Oklahoma City, Oklahoma 73102
              Telephone:  405/606.3370
              Facsimile:   877/917.1559
              ronw@TMOKlaw.com
              jerryn@TMOKlaw.com
              *Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of December 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com

Zachary K. Housel, OBA #32802
MANSELL, ENGEL & COLE
204 N. Robinson Ave, 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiffs*

Jim Buxton, OBA #19057
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK 73106
Telephone: (405) 604-5577
Facsimile: (405) 604-5578
jim@buxtonlawgroup.com

        s/RONALD L. WALKER