## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ALLSTATE VEHICLE AND )<br>PROPERTY INSURANCE COMPANY )<br>)<br>    Defendant. ) | Case No. CIV-20-1136-R |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

1. Please enter my appearance as counsel in this case for the Plaintiff, Amy Gustafson.

2. I certify that I am admitted to practice in this Court.

3. I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

   s/JIM BUXTON
Jim Buxton, OBA #19057
BUXTON LAW GROUP
1923 N. Classen Blvd.
Oklahoma City, OK 73106
(405) 604-5577 – Telephone
(405) 604-5578 – Facsimile
jim@buxtonlawgroup.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of December 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jerry D. Noblin, Jr.
TOMILNSON McKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone: (405) 606-3359
Facsimile: (877) 917-1559
jerry@tmoklaw.com
*Attorney for Defendant*

Zachary K. Housel
MANSELL, ENGEL & COLE
204 North Robinson Ave., 21st Floor
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
zhousel@meclaw.net
*Attorneys for Plaintiff*

Simone Fulmer
Harrison C. Lujan
Jacob L. Rowe
Andrea R. Rust
FULMNER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmner@fulmnersill.com
hlujan@fulmnersill.com
jrowe@fulmnersill.com
arust@fulmnersill.com

                                                s/ JIM BUXTON