## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Amy Gustafson, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 20-1136-R |
| | ) | |
| Allstate Vehicle and Property Company, | ) | **TRIAL DOCKET November, 2021** |
| Defendant | ) | |

### SCHEDULING  ORDER

Date __January 6, 2021_____     Judge __DAVID RUSSELL___     Clerk _Janet Wright_

Appearing for Plaintiff __Jacob Rowe__ Andrea Rust__

Appearing for Defendant Jerry Noblin__ Ronald Walker__

Jury Trial Demanded ____X_____          Non-Jury Trial _____

### THE FOLLOWING DEADLINES ARE SET BY THE COURT

1. Motions to join additional parties to be filed w/i _____.

2. Motions to amend pleadings to be filed w/i 60 days from today.

3. (a) Plaintiff to file a final list of expert witness(es) in chief and submit expert reports to defendant by _8/1/21_____.*

   (b) Defendant to file a final list of expert witness(es) in chief and submit expert reports to plaintiff by _14 days thereafter_____.*

4. (a) Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by 8/1/21_____.*

   (b) Defendant to file a final list of witnesses (as described above) 14 days thereafter.*

5. Plaintiff to file a final exhibit list by: __8/1/21_____.* Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), b 14 days thereafter_____.

   Defendant to file a final exhibit list by*8/30/21 Plaintiff to file objections to Defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by _14 days thereafter_____.

   **\*The listing of witnesses and exhibits shall separately state those expected to be called and used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to**

testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. Discovery to be completed by _10/1/21_____.

7. All dispositive and *Daubert* motions to be filed by __9/1/21_____.

   If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.

8. Trial docket November 2021_____**

   **\*\*Trial dockets generally begin the second TUESDAY of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

   The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.

9. Designations of deposition testimony to be used at trial to be filed by _10/15/21_____. Objections and counter-designations to be filed by __10/22/21_____.

10.    Motions in limine to be filed by <u>10/22/21</u>

11.    Requested voir dire to be filed by <u>10/22/21</u>.

12.    Trial briefs (optional unless otherwise ordered) to be filed by <u>    </u>.

13.    Requested jury instructions to be filed on or before <u> 10/22/21  </u>.***

**\*\*\*In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: <span style="color:blue">russell-orders@okwd.uscourts.gov</span>**

14.    NON-JURY CASES ONLY: Proposed findings and conclusions of law to be filed no later than.
**\*\*\* In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or finding of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: <span style="color:blue">russell-orders@okwd.uscourts.gov</span>**

15.    Any objection or responses to the trial submissions referenced in 10, 11, 12, 13, or 14 to be filed within five (5) days thereafter.

16.    Proposed final pretrial  report, approved by all counsel, **and  in full compliance** with Local Rules (see Appendix IV), together with a proposed order approving the report, to be  submitted to the Court by <u>10/22/21    </u>.

17.    This case is referred to the following Court-sponsored ADR/settlement process or special trial track:

    <u>   </u>    by agreement of the parties, with the approval of the Court:

    <u>   </u>    by Order of the Court:

        <u>   </u>    Mediation

        <u>   </u>    Judicial Settlement Conference

        <u>   </u>    Other <u>             </u>

    If the case is referred to mediation or some other form of private ADR, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, not later than <u>           </u>.

18.    Except as may be otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall provide reasons justifying the commitment of court resources to the settlement process, and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

19.    <u>     </u> The parties consent to trial by a Magistrate Judge.

20.    Initial disclosure pursuant to Fed. R. Civ. P. 26 has been made <u>         </u>; is excused ; or shall be made no later than <u>             </u>.

21.    Other:

                              BY ORDER OF THE COURT
CARMELITA REEDER SHINN, CLERK


By <u>  s/Janet Wright</u>
    Deputy