## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMY GUSTAFSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-20-1136-R** |
| | ) | |
| | ) | |
| ALLSTATE VEHICLE AND PROPERTY | ) | |
| INSURANCE COMPANY, | ) | |
| an Illinois Corporation | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

COMES NOW Plaintiff Amy Gustafson and pursuant to the Court's Scheduling Order [Doc. 16], submits the following Final Witness and Exhibit List in the above matter.

A.  WITNESSES WHO WILL BE CALLED TO TESTIFY

| No. | WITNESS | EXPECTED TESTIMONY |
|---|---|---|
| 1. | Amy Gustafson<br>c/o Jacob L. Rowe<br>Fulmer Sill PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK  73103 | Deposed. |
| 2. | Ian Rupert<br>c/o Ian's Enterprise<br>9450 S.W. Gemini Drive, #39525<br>Beaverton, OR 97008 | Information related to the loss at issue and interactions with Defendant Allstate Vehicle and Property Ins. Co. related to the same. |
| 3. | Brooke Morris | Knowledge and information |

|   | c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter. |
|---|---|---|
| 4. | Roshebra Dotry<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter. |
| 5. | Travis Clayborn<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter. |
|   |   |   |

## B.  WITNESSES WHO MAY BE CALLED IF THE NEED ARISES

| 6. | Sara Williams<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter. |
|---|---|---|
| 7. | Andrea Heitke<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter. |
| 8. | Brittney Triplett<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this |

| | | |
|---|---|---|
| | Oklahoma City, OK  73102 | matter. |
| 9. | Roshebra Dotrey<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter |
| 10. | Belinda Kervin<br>c/o Ron Walker<br>Jerry Noblin, Jr.<br>TOMLINSON & McKINSTRY, PC<br>Two Leadership Square, Suite 450<br>Oklahoma City, OK  73102 | Knowledge and information regarding Plaintiff's insurance claim, agreement with Allstate, and any other facts or circumstances relevant to this matter |
| 11. | Wayne Gustafson (Plaintiff's Father)<br>11413 E 100 Street N<br>Owasso, OK 74055<br>(918) 810-4959 | Knowledge and information regarding bad faith damages and stress related to Plaintiff's roof and any other facts or circumstances relevant to this matter |
| 12. | DeAnn Gustafson (Plaintiff's Mother)<br>11413 E 100 Street N<br>Owasso, OK 74055<br>(918) 408-5885 | Knowledge and information regarding bad faith damages and stress related to Plaintiff's roof and any other facts or circumstances relevant to this matter |
| 13. | Greg Gustafson (Plaintiff's brother)<br>17719 Meadow Grove Ln<br>Dallas, TX  75287<br>(918) 361-6583 | Knowledge and information regarding bad faith damages and stress related to Plaintiff's roof and any other facts or circumstances relevant to this matter |
| 14. | Nick Mitchell<br>5016 N. Woodward Ave<br>Oklahoma City, OK  73112<br>(405) 519-4192 | Knowledge and information regarding bad faith damages and referral to Ian Rupert and any other facts or circumstances relevant to this matter |
| | Any and all witnesses necessary to identify and authenticate any and all exhibits/documents utilized in this case. | Identification and authentication of documents. |

| | | |
|---|---|---|
| | Any person, employee, agent or otherwise of Allstate who spoke with Plaintiff concerning the claim | |
| | Any person noticed for a deposition. | |
| | Any person designated by a party in response to a Rule 30b6 deposition notice. | |
| | Any person any non-party may designate in response to a deposition subpoena. | |
| | Any witness identified by Defendants and not objected to by Plaintiffs. | |
| | Any expert witness designated by Defendants and not objected to by Plaintiffs. | |
| | Any witness identified through ongoing discovery and not objected to by Plaintiffs. | |
| | All witnesses deposed in this case not objected to by Plaintiffs. | |
| | Any additional witness with relevant testimony discovered as discovery process continues | |

Plaintiff reserves the right to supplement this list of witnesses as discovery continues.

A. EXHIBITS TO BE USED

| No. | Description | Bates No. |
|---|---|---|
| 1. | Allstate Policy | **A 000187-241; 000401-454** |
| 2. | Claim Notes | **A 000001-38** |
| 3. | Claim File | **A 000044-400** |
| 4. | First Notice of Loss Snapshot | **A 000039-43** |

| 5. | Photographs of Plaintiff's Home | **A 000242-249** |
|---|---|---|
| 6. | National Catastrophe Team Estimate | **A 000250-332** |
| 7. | Ian's Enterprise inspection report and estimate to Allstate dated Oct. 12, 2019 | **A 000060-139; Gustafson 00014-96** |
| 8. | Field Roof Claim Assessment Form – Hail Damage | **A 000455-457** |
| 9. | Allstate Insurance Co. Claims Operations Manual | **A 000458-637** |
| 10. | Allstate Underwriting File | **A 000638-745** |

## B.  EXHIBITS THAT MAY BE USED IF THE NEED ARISES

| 11. | Email communication between Ian Rupert and Allstate claims | **Gustafson 00097-99; 101-105; 351-352** |
|---|---|---|
| 12. | Ian's Enterprise LLC Claim File | **Gustafson 000356-363; IAN 1-611** |
| 13. | Ian Rupert text communications with Plaintiff | **Gustafson 000365-399** |
| | All documents Plaintiff has requested but Defendant has not yet produced. | |
| | All documents produced by Plaintiff and not objected to by Defendant | |
| | All documents produced by Defendant and not objected to by Plaintiff | |
| | All documents or demonstrative exhibits relied upon by expert witnesses. | |
| | Defendant's exhibits not objected to by Plaintiff. | |
| | All exhibits used in depositions not objected to by Plaintiff | |

| | Charts or enlargements of any party's exhibits not objected to by Plaintiff | |
| --- | --- | --- |
| | Demonstrative exhibits (including computer generated demonstratives). | |
| | Any documents received by any party in response to a subpoena not already identified and not objected to by Plaintiff | |
| | Any documents produced by or received from any party pursuant to ongoing discovery | |

Plaintiff reserves the right to supplement this list of exhibits as discovery continues.

Respectfully submitted,

/s/ *Jacob L. Rowe*
**SIMONE FULMER GAUS, OBA #17037**
**HARRISON C. LUJAN, OBA #30154**
**JACOB L. ROWE, OBA #21797**
**ANDREW R. RUST, OBA #30422**
**FULMER SILL, PLLC**
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Phone: 405-510-0077
Fax: 800-978-1345
Email: sfulmer@fulmersill.com
        hlujan@fulmersill.com
        jrowe@fulmersill.com
        arust@fulmersill.com

**and**

Jim Buxton, OBA #
Buxton Law Group
1923 N. Classen Blvd.
Oklahoma City, OK  73106
jim@buxtonlawgroup.com

**ATTORNEYS FOR PLAINTIFF**

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of August, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ronald L. Walker
Jerry D. Noblin, Jr.
TOMLINSON McKINSTRY P.C.
Two Leadership Square, Suite 450
211 N. Robinson Ave.
Oklahoma City, OK  73102
ronw@tmoklaw.com
jerryn@tmoklaw.com

/s/ *Jacob L. Rowe*