## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | Case No. CIV-20-1136-R |

### NOTICE OF SUBPOENA TO TESTIFY AT DEPOSITION

In accordance with Rule 45 and 30(b)(6) of the Federal Rules of Civil Procedure, please take notice that on September 21, 2021, Defendant, Allstate Fire and Casualty Insurance Company, through the undersigned counsel, will take the deposition of Ian G. Rupert (attached as Exhibit 1) and of a designated representative or employee of Ian's Enterprise, LLC who consents to testify on its behalf regarding the subjects set forth in the Subpoena to Testify at a Deposition (attached as Exhibit 2). The deposition will be taken upon oral examination by Professional Reporters via Zoom video before an officer authorized by law to administer oaths and shall continue from day to day until completed. The testimony will be recorded by stenographic means.

All counsel may attend and cross-examine.

Respectfully submitted,

 s/*Ronald L. Walker*
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON · MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiff*

 s/ RONALD L. WALKER