# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

AMY GUSTAFSON,

        Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,

        Defendant.

Case No. CIV-20-1136-R

## DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST

Defendant, Allstate Vehicle and Property Insurance Company, submits the following objections to Plaintiff's Final Exhibit List [Doc. No. 19]:

**A.  EXHIBITS EXPECTED TO BE UTILIZED**

| Ex. | Description of Document(s) | Objection(s) |
|---|---|---|
| 1. | Allstate Policy<br>A- 000187-241; 000401-454 | |
| 2. | Claim Notes<br>A- 000001-38 | |
| 3. | Claim File<br>A- 000044-400 | |
| 4. | First Notice of Loss Snapshot<br>A- 000039-43 | |
| 5. | Photographs of Plaintiff's Home<br>A- 000242-249 | |
| 6. | National Catastrophe Team Estimate<br>A- 000250-332 | |
| 7. | Ian's Enterprise inspection report and estimate dated October 12, 2019<br>A- 000060-139; Gustafson 00014-96 | Relevance, FRE 401, 402, 403; Foundation, FRE 701, 702; Hearsay, FRE 801, 802; Identification and authentication, FRE 901; Cumulative, FRE 403; Object to extent reference is made |

| | | |
|---|---|---|
| | | to building code and admittedly undamaged property. |
| 8. | Field Roof Claim Assessment Form – Hail Damage<br>A – 000455-457 | |
| 9. | Allstate Insurance Co. Claims Operations Manual<br>A – 000458-637 | FRE 901. |
| 10. | Allstate Underwriting File<br>A 000638-745 | Relevance, FRE 401, 402, 403. |

### B.   EXHIBITS WHICH MAY BE UTILIZED

| | | |
|---|---|---|
| 11. | Email communication between Ian Rupert and Allstate claims<br>Gustafson 00097-99; 101-105; 351-352 | Identification and authentication, FRE 901 |
| 12. | Ian's Enterprise LLC Claim File<br>Gustafson 000356-363; IAN 1-611 | Vague and overly broad; Relevance, FRE 401, 402, 403; Foundation, FRE 701, 702; Hearsay, FRE 801, 802; Identification and authentication, FRE 901; Cumulative FRE 403; Object to extent reference is made to building code and admittedly undamaged property.; Property admittedly not damaged by storm. |
| 13. | Ian Rupert text communications with Plaintiff<br>Gustafson 000365-399 | Relevance, FRE 401, 402, 403; Foundation, FRE 701, 702; Hearsay, FRE 801, 802; Identification and authentication, FRE 901 |
| | All documents Plaintiff has requested but Defendant has not yet produced. | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |
| | All documents produced by Plaintiff and not objected to by Defendant | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |
| | All documents produced by Defendant and not objected to by Plaintiff | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |
| | All documents or demonstrative exhibits relied upon by expert witnesses. | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |

| | | |
|---|---|---|
| | Defendant's exhibits not objected to by Plaintiff | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |
| | All exhibits used in depositions not objected to by Plaintiff | Vague, overly broad; Identification and authentication, FRE 901; Other objections reserved until identified. |

Respectfully submitted,

 s/  RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiff*

               s/ RONALD L. WALKER