## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | Case No. CIV-20-1136-R |

### DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S FINAL LIST OF WITNESSES

Defendant, Allstate Vehicle and Property Insurance Company, hereby submits its Final List of Witnesses pursuant to the Court's Order [Dkt. No. 16]. Discovery is ongoing, and Defendant hereby reserves the right to amend this list as the Court may allow.

**A.    WITNESSES EXPECTED TO BE CALLED**

| No. | Name and Address | Summary of Testimony |
|---|---|---|
| 1. | Amy Gustafson<br>c/o Fulmer Sill PLLC | Deposed. |
| 2. | Travis Claborn<br>c/o Tomlinson McKinstry, P.C. | Will testify as to facts obtained from, and with regard to the investigation, evaluation of Plaintiff's property, preparation of repair estimate, and the conclusions and opinions reached, including that Plaintiff's roof shingles were not damaged by hail or wind. |

| N<small>O</small>. | N<small>AME AND</small> A<small>DDRESS</small> | S<small>UMMARY OF</small> T<small>ESTIMONY</small> |
|---|---|---|
| 3. | Michael Berryman<br>Berryman Enterprises, Inc.<br>c/o Tomlinson McKinstry, P.C. | Will testify as to facts obtained from, and with regard to, the investigation and evaluation of Plaintiffs' property, the components of Plaintiffs' roof, and the conclusions and opinions reached, including that Plaintiff's roof shingles were not damaged by hail or wind, errors in the reports and/or estimates submitted by Ian's Enterprise, LLC, the Xactimate program, and Allstate's estimate.  For a statement of opinions and the basis and reasons for them, see expert report provided to Plaintiff. |

**B.    WITNESSES WHO MAY BE CALLED IF NEED ARISES**

| N<small>O</small>. | N<small>AME AND</small> A<small>DDRESS</small> | S<small>UMMARY OF</small> T<small>ESTIMONY</small> |
|---|---|---|
| 1. | Otto Mujica<br>c/o Tomlinson McKinstry, P.C. | Facts and circumstances surrounding purchase of policy; coverages provided by policy. |
| 2. | Stephen Snyder<br>c/o Tomlinson McKinstry, P.C. | Facts and circumstances surrounding purchase of policy; coverages provided by policy. |
| 3. | Any witnesses deposed by Plaintiff and not objected to by Defendant. | To be determined. |
| 4. | Any witness listed by Plaintiff on their Final Witness List not objected to by Defendant. | To be determined. |
| 5. | Any witnesses identified through remaining discovery and not objected to by Defendant. | To be determined. |
| 6. | Any witnesses necessary for the identification and authentication of exhibits. | To be determined. |

Respectfully submitted,

 s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant, Allstate Vehicle and Property Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiff*

 s/ RONALD L. WALKER