# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMY GUSTAFSON,<br><br>        Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, an Illinois Corporation,<br><br>        Defendant. | Case No. CIV-20-1136-R |

## DEFENDANTS ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S EXPERT WITNESS LIST

Defendant, Allstate Vehicle and Property Insurance Company, submits the following expert witness list pursuant to the Court's Scheduling Order [Dkt. No. 16]:

| No. | Witness | Address | Proposed Testimony |
|---|---|---|---|
| 1. | Michael Berryman | c/o Defense Counsel | Will testify as to facts obtained from, and with regard to, the investigation and evaluation of Plaintiff's roof, the components of Plaintiff's roof, and the conclusions and opinions reached, including that Plaintiff's roof shingles were not damaged by hail or wind, errors in the reports and/or estimates submitted by Ian's Enterprise, LLC, the Xactimate program, and Allstate's estimate. For a further statement of opinions and the basis and reasons for them, see expert report provided to Plaintiff contemporaneously herewith. |
| 3. | Travis Claborn | c/o Defense Counsel | Will testify as to facts obtained from, and with regard to, the investigation and evaluation of Plaintiff's roof, the components that were on Plaintiffs' roof, the preparation and contents of the repair estimate, the condition of the roof as |

| | | | demonstrated by photographs and visual observations, and the conclusions and opinions reached, including that Plaintiff's roof shingles were not damaged by hail or wind, the lack of damage to decking and other of Plaintiff's property, photographs he took and how they support his conclusions, and that general contractor overhead and profit is not warranted. Will also testify as to communications with Plaintiff during the claim. |
|---|---|---|---|

Respectfully submitted,

 s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiff*

      s/ RONALD L. WALKER