# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

AMY GUSTAFSON,

        Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, an Illinois
Corporation,

        Defendant.

Case No. CIV-20-1136-R

## DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S FINAL LIST OF EXHIBITS

Defendant, Allstate Vehicle and Property Insurance Company, hereby submits its Final List of Exhibits pursuant to the Court's Scheduling Order [Dkt. No. 16]. Discovery is ongoing, and Defendant hereby reserves the right to amend this lists as the Court may allow.

**A.**     **EXHIBITS EXPECTED TO BE UTILIZED**

| No. | Title/Description |
|---|---|
| 1. | Plaintiff's Allstate insurance policy with all amendments and endorsements dated January 21, 2019. [A 000401-000454]. |
| 2. | Allstate estimate dated October 25, 2019 with photographs [A 000327-000399]. |
| 3. | Application [A 000746-000751] |
| 4. | AtoZ Inspections dated February 10, 2018 [GUSTAFSON 00409-00421] |
| 5. | Allstate cover letter and Renewal House & Home Policy Declarations dated January 21, 2019 [IAN 000153-000166] |
| 6. | Expert report of Mike Berryman with photographs and Curriculum Vitae dated August 16, 2021. |

| No. | Title/Description |
|---|---|
| 7. | Expert witnesses' exhibits and demonstrative aids |

**B.   EXHIBITS WHICH MAY BE UTILIZED IF NEED ARISES**

| No. | Title/Description |
|---|---|
| 1. | Allstate letter to Plaintiff dated October 24, 2019 [A 000161-000163] |
| 2. | Allstate letter to Plaintiff dated October 31, 2019 [A 000179-000180] |
| 3. | Plaintiff's Allstate insurance policy with endorsements dated February 23, 2018 [A 000752-000793] |
| 4. | Appendix A. Residential Property Condition Disclosure Statement [GUSTAFSON 00400-000402] |
| 5. | Application [IAN 000132-000137] |
| 6. | Evidence of Insurance [IAN 000151-000152] |
| 7. | Plaintiff's exhibits not objected to by Defendant |
| 8. | Any exhibit needed for rebuttal, identification, or authentication purposes. |
| 9. | Exhibits which come to light through additional discovery and not objected to by Defendant |

Respectfully submitted,

 s/ RONALD L. WALKER
RONALD L. WALKER, OBA #9295
JERRY D. NOBLIN, JR. OBA #20296
TOMLINSON MCKINSTRY P.C.
Two Leadership Square, Suite 450
211 North Robinson Ave.
Oklahoma City, Oklahoma 73102
Telephone:  405/606.3370
Facsimile:   877/917.1559
ronw@TMOKlaw.com
jerryn@TMOKlaw.com
*Attorneys for Defendant, Allstate Vehicle and Property Insurance Company*

## CERTIFICATE OF SERVICE

       I hereby certify that on August 30, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Simone Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, OBA #21797
Andrea R. Rust, OBA #30422
FULMER SILL PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103
Telephone: (405) 510-0077
Facsimile: (800) 978-1345
sfulmer@fulmersill.com
hlujan@fulmersill.com
jrowe@fulmersill.com
arust@fulmersill.com
*Attorneys for Plaintiff*

                                     s/ RONALD L. WALKER